# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

VINCENT DAVID MENDOZA,   )       NO. CV 14-6457-MAN

          Petitioner,   )

    v.           )       JUDGMENT

JOHN SOTO,         )

          Respondent.   )

_____)

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:  March 2, 2015.

_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE  JUDGE